### Jacob MAYER, Appellant, v. C. F. ALEXANDER, Trustee, et al.
### No. 11030.

Circuit Court of Appeals, Eighth Circuit.
April 29, 1938.

D. D. Panich, of Little Rock, Ark., for appellant.

Wallace Townsend, of Little Rock, Ark., and Charles I. Evans and Jeptha A. Evans, both of Booneville, Ark., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, pursuant to stipulation of parties.

### MICHIGAMME OIL CO. et al. v. CONTINENTAL OIL CO.

Circuit Court of Appeals, Sixth Circuit.
June 8, 1938.

Miller, Bevan, Horwitz & DesRoches, of Detroit, Mich., and John W. Conlin, of Ann Arbor, Mich., for appellants.

Roscoe O. Bonisteel, of Ann Arbor, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

### James T. MURPHY, Appellant, v. A. B. C. BREWING CORPORATION et al.
### No. 11058.

Circuit Court of Appeals, Eighth Circuit.
Dec. 20, 1937.

H. C. Ackert and J. W. Giesecke, both of St. Louis, Mo., for appellant.

Lon O. Hocker, of St. Louis, Mo., and Samuel D. Royse, of Terre Haute, Ind., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellees, as same is waived, pursuant to stipulation of parties.

### NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MILLFAY MANUFACTURING COMPANY, Inc., Respondent.
### No. 161.

Circuit Court of Appeals, Second Circuit.
June 13, 1938.

A. Norman Somers, Charles Fahy, General Counsel, Robert B. Watts, Associate General Counsel, and Laurence A. Knapp and Herbert O. Eby, all of Washington, D. C., for petitioner.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open court and order of enforcement granted.